United States Disctrict Court

For the

District of Colorado

Civil Action No.1 1:23-CV-931-CNS-MDB

Prepared Food Photos, INC

f/k/a ADLIFE MARKETING & COMMUNICATIONS

CO., INC

Plaintiff(s)

v.

AM INC

d/b/a WING IT PLUS AT THE CHAPEL HILLS MALL

Defendants (s)

## Motion to Dismiss

COME NOW Defendants AM INC., d/ba/ WING IT PLUS AT THE CHAPEL HILLS MALL who move to dismiss the Plaintiff's civil action pursuant to Rule 4 of Federal Rules of Civil Procedure

The alleged defendant in this case kindly asks the court to dismiss this civil case for the following legal grounds:

(1) lack of subject-matter jurisdiction;

(2) lack of personal jurisdiction;

(3) improper venue;

(4) insufficient process;

(5) insufficient service of process;

(6) failure to state a claim upon which relief can be granted

The plaintiff failed to attach any complaint to the served summons.

**Facts:**

The summons was received on May 6, 2023 at around 2 PM at 1710 Briargate Blvd Suite 452 Colorado Springs CO 80920 without any attached complaint or other document other than the summons, blank proof of service and Consent/Non Consent to the Exercise of Jurisdiction by A United States Magistrate Judge. The summons was also served by a person who appeared to be less than 18 years of age.

**Argument:**

Rule 4 of Federal Rules of Civil Procedure states that a summons must:

(A) name the court and the parties;

(B) be directed to the defendant;

(C) state the name and address of the plaintiff's attorney or—if unrepresented—of the plaintiff;

(D) state the time within which the defendant must appear and defend;

(E) notify the defendant that a failure to appear and defend will result in a default judgment against the defendant for the relief demanded in the complaint;

(F) be signed by the clerk; and

(G) bear the court's seal.

(2) *Amendments.* The court may permit a summons to be amended.

(b) Issuance. On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

(c) Service.

(1) *In General.* A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

(2) *By Whom.* Any person who is at least 18 years old and not a party may serve a summons and complaint.

(3) *By a Marshal or Someone Specially Appointed.* At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916.

(1) *In General.* A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

(2) *By Whom.* Any person who is at least 18 years old and not a party may serve a summons and complaint.

(3) *By a Marshal or Someone Specially Appointed.* At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916.

The summons was served without any attached complaint.

The summons was also served by a person who appeared to be less than 18 years of age.

Therefore, the alleged defendant in this case respectfully asks the court to dismiss the action with prejudice.

**Conclusion**

For the foregoing reasons the Defendants' Motion to Dismiss should be granted and the

Dated: __05/08/2023_____

Respectfully submitted,
____Yasir Jasim
AM INC.____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado 

PREPARED FOOD PHOTOS, INC.,
f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC.

*Plaintiff(s)*

v.

AM INC.,
d/b/a WING IT PLUS AT THE CHAPEL HILLS MALL

*Defendant(s)*

Civil Action No. 1:23-CV-931-CNS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AM INC., d/b/a WING IT PLUS AT THE CHAPEL HILLS MALL
c/o Yasir Jasim (Registered Agent),
6426 Maroon Mesa Dr.
Colorado Springs, CO 80918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel DeSouza
3111 N. University Drive, Suite 301, Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/14/2023

/s/ B. Lawson

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-931

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                        _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: