**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-00931-CNS-MDB

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

AM INC. d/b/a WING IT PLUS AT THE
CHAPEL HILLS MALL,

    Defendant.

## DECLARATION OF DANIEL DESOUZA

Daniel DeSouza does hereby declare pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and ("Plaintiff") Motion for Default Final Judgment against defendant AM Inc. d/b/a Wing It Plus at the Chapel Hills Mall ("Defendant"). This declaration and the facts stated herein are based upon my personal knowledge.

2. I have been a member in good standing of the New York Bar since 2005, the District of Columbia Bar since 2005, and the Florida Bar since 2006. I am one of two principal partners of the law firm CopyCat Legal PLLC ("CopyCat Legal"), which has provided legal services to Plaintiff in this action throughout the pendency of this action.

3. I am a 2004 graduate of the George Washington University Law School and am admitted to the Florida Bar, the New York Bar, and the D.C. Bar. I am likewise admitted to several federal courts throughout the country, including: (a) the United States Court of Appeals for the Eleventh Circuit; (b) the United States Court of Appeals for the Eighth Circuit; (c) the United

States Court of Appeals for the Tenth Circuit; (d) the United States District Court for the Southern District of Florida; (e) the United States District Court for the Middle District of Florida; (f) the United States District Court for the Northern District of Florida; (g) the United States District Court for the Southern District of Texas; (h) the United States District Court for the Eastern District of Texas; (i) the United States District Court for the Southern District of New York; (j) the United States District Court for the Eastern District of New York; (k) the United States District Court for the Northern District of New York; (l) the United States District Court for the Western District of Arkansas; (m) the United States District Court for the District of Nebraska; (n) the United States District Court for the District of New Mexico; (o) the United States District Court for the District of Colorado; (p) the United States District Court for the Eastern District of Michigan; (q) the United States District Court for the Western District of Michigan; (r) the United States District Court for the Northern District of Illinois; (s) the United States District Court for the District of Maryland; (t) the United States District Court for the Western District of Texas; (u) the United States District Court for the Eastern District of Missouri; (v) the United States District Court for the District of Columbia; and (w) the United States District Court for the Western District of Pennsylvania. I previously worked at Milbank, Tweed, Hadley & McCloy LLP (from 2004 – 2010) and Becker & Poliakoff, PA (from 2010 – 2014) before forming DeSouza Law, P.A. in 2014 and CopyCat Legal in 2019.

    4.      Since 2004, my practice has principally focused on business/complex commercial and intellectual property litigation. During that time, I have served as counsel of record in dozens of copyright infringement, trade secret, and trademark infringement lawsuits.  In total, I have served as counsel of record in approximately 250 federal civil and/or bankruptcy actions and 250+ state court lawsuits in Florida/New York.

5. In addition to myself, a second-year associate (Meghan Medacier) also billed time on this matter. She is a 2021 graduate of The University of Florida Levin College of Law, where she served on law review. She previously worked at Cole, Scott & Kissane, P.A. prior to joining CopyCat Legal in 2023. She is admitted to the Florida Bar, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, and the United States District Court for the District of Colorado.

6. Additionally, a paralegal (Denise Sosa) billed time on this matter. Denise Sosa has been a paralegal since 1995 and has worked at various law firms, working on matters that include commercial litigation, criminal defense, admiralty, and class action products liability litigation, while her primary focus and experience is in commercial litigation. She has over 20 years of experience in preparing for and attending hearings, arbitrations, and trials (both for federal and state court). She is bilingual, speaking both English and Spanish fluently.

7. The purpose of this declaration is to memorialize the fees for legal services, costs, and expenses provided by CopyCat Legal in the above-captioned case through the present date.

8. CopyCat Legal establishes standard hourly rates for services provided by its attorneys. These rates are within the range charged by other lawyers in South Florida and are fair and reasonable rates for this type of work.

9. I am familiar with the services provided to Plaintiff in this action and the rates charged for such work.

10. The attorneys and paralegals at CopyCat Legal record the time spent on matters contemporaneously on electronic billing software/time sheets. Each time entry includes the date the work is performed, the client and matter numbers, the time spent, and a brief description of the nature of the work performed.

11. Through the present date, I expended 2.30 hours of attorney time in prosecuting this matter on Plaintiff's behalf, our associate attorney (Meghan Medacier) expended 6.25 hours of attorney time in prosecuting this matter on Plaintiff's behalf, and our paralegal (Denise Sosa) expended .50 hours of time in prosecuting this matter on Plaintiff's behalf. This includes the time spent to investigate the alleged infringement, drafting an initial notice letter to Defendant, drafting the Complaint in this matter, attempting service, drafting the Motion for Clerk's Default, drafting the Motion for Entry of Default Judgment, and drafting the exhibits/supporting declarations for such motion. All of these time entries are reflected in CopyCat Legal's billing records that are being provided in connection herewith as **Exhibit "1."**

12. My billable rate for copyright/intellectual property matters at CopyCat Legal is $450.00 per hour, the rate for an associate attorney is $325.00 per hour; and the rate for paralegals is $125.00 per hour. This rate is within the range charged by other lawyers in Colorado with similar experience/background and is fair and reasonable for this type of work. See, e.g., Broad. Music, Inc. v. Cleatz Bar & Grill, LLC, No. 12-cv-00321-REB-CBS, 2013 U.S. Dist. LEXIS 26889, at *5 (D. Colo. Feb. 27, 2013) (finding that the hourly rates of $500 for a partner handling in the matter, $325 for the lead associate, and $160 for the paralegal, fall within the reasonable and acceptable range of rates charged by intellectual property attorneys of comparable skill, experience, and reputation for the performance of similar services in bringing copyright infringement claims.); Shrader v. Beann, Civil Action No. 10-cv-01881-REB-MJW, 2012 U.S. Dist. LEXIS 20575, at *7 (D. Colo. Feb. 17, 2012), ("With regard to the reasonableness of the rates, the court is familiar with the rates charged by attorneys in this area and concludes that a rate of $425 per hour for the senior attorneys, given their experience, skill, and specialization, is reasonable."); Barnett v. Bd. of Cty. Comm'rs of Montrose, No. 14-CV-1765-JAP-GPG, 2015 U.S. Dist. LEXIS 173770, at *15

(D. Colo. Dec. 14, 2015) (finding that a reasonable hourly rate for lead counsel is $400 per hour, $300 for attorneys with seven years of practice, $250 for an attorney with five years of practice, and $75 for paralegal work); Edwards v. Edwards, Civil Action No. 20-cv-02843-CMA-SKC, 2021 U.S. Dist. LEXIS 7060, at *4-5 (D. Colo. Jan. 14, 2021) (finding that the hourly rate of $400 per hour for Attorney Biscan and $180 per hour for paralegal Ilene Epstein is consistent with evidence of what the market commands for federal litigation in the District of Colorado for lawyers of comparable skill, experience, and reputation.) (citing Barnett v. Bd. of Cty. Commissioners of Cty. of Montrose, No. 14-CV-1765-JAP-GPG, 2015 U.S. Dist. LEXIS 173770, 2015 WL 13614118, at *5 (D. Colo. Dec. 14, 2015) (collecting cases that "suggest that the prevailing rates in Denver . . . for experienced litigators approach $400 per hour in recent years"), *report and recommendation adopted*, 2015 U.S. Dist. LEXIS 173768, 2015 WL 13614119 (D. Colo. Dec. 31, 2015)); (also citing Universal Drilling Co. v. Newpark Drilling Fluids, LLC, No. 08-CV-02686-MSK-CBS, 2011 U.S. Dist. LEXIS 17203, 2011 WL 715961, at *2 (D. Colo. Feb. 22, 2011) (noting Colorado Bar Association survey reported median billing rate of $400 per hour for partners in large firms)).

13. Further, the hourly rates for both myself, associates, and for CopyCat Legal's paralegals have previously been found to be reasonable by multiple federal courts. See, e.g., Patriot Fine Foods, at pp. 11 – 12 ("In light of counsel's experience (*see id.* ¶¶ 2–5), and the prevailing market rates, and Defendant's failure to oppose the reasonableness of the rate, I find that the proposed hourly rate of $450 is reasonable based upon the facts and circumstances of this case, including Defendant's default."); Afford. Aerial Photography, Inc. v. Elegance Transp., Inc., No. 6:21-cv-1166-CEM-LHP, 2022 U.S. Dist. LEXIS 32586, at *29 (M.D. Fla. Feb. 23, 2022) (finding undersigned counsel's $450.00 hourly rate and CopyCat Legal's paralegal's $125.00

hourly rate to be reasonable in copyright infringement case); Temurian v. Piccolo, No. 18-CV-62737-SMITH/VALLE, 2021 U.S. Dist. LEXIS 63144, at *6 (S.D. Fla. Mar. 30, 2021) (in commercial litigation case, finding undersigned counsel's $400.00 hourly rate reasonable for work performed from 2018 – 2020).

14. I am familiar with the lodestar method of determining the reasonableness of attorneys' fees. "The 'lodestar method' is the accepted analysis for determining a reasonable fee amount for a prevailing party in federal court." Kerner v. City & Cty. of Denver, 733 F. App'x 934, 936 (10th Cir. 2018); See Gisbrecht v. Barnhart, 535 U.S. 789, 801-02, 122 S. Ct. 1817, 152 L. Ed. 2d 996 (2002). The above-described fees are reasonable for the services provided to Plaintiff.

15. In addition, CopyCat Legal incurred $717.00 in actual costs on Plaintiff's behalf in connection with pursuing this lawsuit, all of which is properly taxable. Invoices for such are attached hereto as **Exhibit "1"** and separately on Plaintiff's Bill of Costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 4, 2023                     /s/ Daniel DeSouza____
                                          Daniel DeSouza

**EXHIBIT "1"**

**Copycat Legal PLLC**
3111 N University Drive
Suite 310
Coral Springs, FL 33065
877-437-6228



**Prepared Food Photos, Inc.**
38 Church Street
Pawtucket, RI 02860
United States

**Balance** $3,845.75
**Invoice #** 00162
**Invoice Date** August 4, 2023
**Payment Terms**
**Due Date**

**Prepared Food Photos, Inc. v. AM Inc d/b/a Wing It Plus at the Chapel Hills Mall**

**Time Entries**

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 10/03/2022 | DD | Time | Drafted and sent demand package. | $450.00 | 1.10 | $495.00 |
| 10/17/2022 | DD | Time | Follow up correspondence sent to infringer. | $450.00 | 0.10 | $45.00 |
| 01/13/2023 | DS | Time | Spoke to infringer regarding demand package. | $125.00 | 0.10 | $12.50 |
| 01/20/2023 | DS | Time | Follow up email sent to infringer. | $125.00 | 0.10 | $12.50 |
| 01/30/2023 | DS | Time | Follow up email sent to infringer. | $125.00 | 0.10 | $12.50 |
| 02/07/2023 | DS | Time | Follow up email sent to infringer. | $125.00 | 0.10 | $12.50 |
| 02/15/2023 | DS | Time | Called infringer again to follow up. | $125.00 | 0.10 | $12.50 |
| 02/26/2023 | DD | Time | Follow up letter sent to infringer. | $450.00 | 0.20 | $90.00 |
| 04/12/2023 | MM | Time | Drafted complaint for supervising attorney's review. | $325.00 | 2.30 | $747.50 |
| 04/13/2023 | DD | Time | Reviewed and edited draft complaint. | $450.00 | 0.30 | $135.00 |
| 04/14/2023 | MM | Time | Incorporated supervising attorney's edits and filed complaint, summons and cover sheet. | $325.00 | 0.25 | $81.25 |
| 04/19/2023 | MM | Time | Sent summons to process server. | $325.00 | 0.10 | $32.50 |
| 05/05/2023 | MM | Time | Followd up with process server. | $325.00 | 0.10 | $32.50 |
| 05/08/2023 | MM | Time | Filed return of non-service with court. | $325.00 | 0.10 | $32.50 |
| 05/08/2023 | MM | Time | Followed up with process server. | $325.00 | 0.10 | $32.50 |
| 05/09/2023 | DD | Time | Review defendant's pro se motion to dismiss. | $450.00 | 0.10 | $45.00 |
| 05/09/2023 | DD | Time | Reviewed paperless order striking defendant's pro se motion to dismiss. | $450.00 | 0.10 | $45.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 05/11/2023 | MM | Time | Filed return of service with court. | $325.00 | 0.10 | $32.50 |
| 06/05/2023 | MM | Time | Drafted and filed motion for clerk's default. | $325.00 | 0.20 | $65.00 |
| 07/21/2023 | MM | Time | Drafted motion for default judgment and sent it to supervising attorney for review. | $325.00 | 2.70 | $877.50 |
| 07/24/2023 | DD | Time | Reviewed default motion and made edits. | $450.00 | 0.40 | $180.00 |
| 08/04/2023 | MM | Time | Incorporated edits and filed default motion. | $325.00 | 0.30 | $97.50 |
| | | | | Totals: | **9.05** | **$3,128.75** |

**Expenses**

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 04/14/2023 | EC | Complaint Filing Fee | Complaint filing fee | $402.00 | 1.0 | $402.00 |
| 04/20/2023 | EC | Process Server | Service of Process on Defendant | $165.00 | 1.0 | $165.00 |
| 05/11/2023 | DS | Process Server | Northstar Process Servers (Invoice-3FEF2224-0002) - Second Address | $150.00 | 1.0 | $150.00 |
| | | | | Expense Total: | | **$717.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $3,128.75 |
| Expense Sub-Total: | $717.00 |
| **Sub-Total:** | $3,845.75 |
| **Total:** | $3,845.75 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$3,845.75** |

# Receipt                                             Northstar Process Servers

**Invoice number**    3FEF2224-0001
**Receipt number**    2334-0577
**Date paid**    April 20, 2023
**Payment method**    Visa - 9828

**Northstar Process Servers**
PO Box 117
Broomfield, Colorado 80038
United States
+1 303-438-8913

**Bill to**
CopyCat Legal
efrosini@copycatlegal.com

## $165.00 paid on April 20, 2023

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Service of process on AM, Inc., dba Wing It Plus c/o Yasir Jasim (RA), Maroon Mesa Drive, Colorado Springs, CO - April 2023 | 1 | $165.00 | $165.00 |
| | | Subtotal | $165.00 |
| | | Total | $165.00 |
| | | **Amount paid** | **$165.00** |

# Receipt

# Northstar Process Servers

| | |
|---|---|
| **Invoice number** | 3FEF2224-0002 |
| **Receipt number** | 2744-7559 |
| **Date paid** | May 11, 2023 |
| **Payment method** | Visa - 2140 |

**Northstar Process Servers**
PO Box 117
Broomfield, Colorado 80038
United States
+1 303-438-8913

**Bill to**
CopyCat Legal
efrosini@copycatlegal.com

## $150.00 paid on May 11, 2023

Thank you, Denise!

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Service of process upon Wing It (AM INC.) - Briargate Blvd. business, Colorado Springs, CO - May 6, 2023 | 1 | $150.00 | $150.00 |
| | | Subtotal | $150.00 |
| | | Total | $150.00 |
| | | **Amount paid** | **$150.00** |

2744-7559 · $150.00 paid on May 11, 2023                                                                                      Page 1 of 1