United States District Court

For the

District of Colorado

Civil Action No.1 1:23-CV-931-CNS - MDB

Prepared Food Photos, INC

f/k/a ADLIFE MARKETING & COMMUNICATIONS

CO., INC

Plaintiff(s)

v.

AM INC

d/b/a WING IT PLUS AT THE CHAPEL HILLS MALL
Defendants (s)

COME NOW Defendants AM INC., d/ba/ WING IT PLUS AT THE CHAPEL HILLS MALL The alleged defendant in this case kindly asks the court to strike and dismiss any default judgment entered in this case following legal grounds:

(1) Defendant did not receive any mail from court after the motion to dismiss was filed by defendant on 5/8/2023 and just found out about a motion to enter default judgment through a letter received from the plaintiff on 9/21/2023.

Wing it Plus also reiterates its request to dimiss the case in its entirety for:

(2) lack of personal jurisdiction;

(3) improper venue;

(4) insufficient process;

(5) insufficient service of process;

(6) failure to state a claim upon which relief can be granted

The plaintiff has failed to attach any complaint to the served summons.

Therefore, the alleged defendant in this case respectfully asks the court to dismiss the action with prejudice.

**Conclusion**

For the foregoing reasons the Defendants' Motion to Dismiss should be granted and the

Dated: __9/22/2023____

Respectfully submitted,
____Yasir Jasim

AM INC.____

9\22

6427 Maroon Mesa Dr

Colorado Springs, co, 80918



# Prepared Food Photos, Inc. v. AM Inc.

Prepared Food Photos, Inc. and Adlife Marketing & Communications Co., Inc.

AM Inc. doing business as Wing It Plus at the Chapel Hills Mall

1:2023cv00931

April 14, 2023

US District Court for the District of Colorado

Maritza Dominguez Braswell

Charlotte N Sweeney

Copyright

17 U.S.C. § 101 Copyright Infringement

Plaintiff

## Docket Report

RSS Track this Docket

This docket was last retrieved on June 8, 2023. A more recent docket listing may be available from PACER.

### Document Text

**Filing 17** MINUTE ORDER: In light of the 16 Clerk's Entry of Default, the #7 deadline to file a proposed scheduling order is VACATED. By Magistrate Judge Maritza

## Document Text

Dominguez Braswell on 6/8/2023. Text Only Entry (mdblc1)

**Filing 16** Clerk's ENTRY OF DEFAULT as to AM Inc. re #15 MOTION for Entry of Default as to AM Inc., d/b/a Wing It Plus at the Chapel Hills Mall, by Clerk. Text Only Entry (sphil, )

**Filing 15** MOTION for Entry of Default as to AM Inc., d/b/a Wing It Plus at the Chapel Hills Mall by Plaintiff Prepared Food Photos, Inc.. (DeSouza, Daniel)

**Filing 14** Mail Returned as Undeliverable re: #10 MOTION to Dismiss, 11 Order Referring Case to Magistrate Judge, Addressed to AM Inc.. (Attachments: #1 Mail Returned) (sphil, )

**Filing 13** SUMMONS Returned Executed by Prepared Food Photos, Inc.. AM Inc. served on 5/6/2023, answer due 5/27/2023. (DeSouza, Daniel)

**Filing 12** ORDER: It is a long-standing rule that a corporation must be represented by an attorney to appear in federal court. Tal v. Hogan, 453 F.3d 1244, 1254 (10th Cir. 2006) (footnote and citations omitted). A corporation cannot appear through a non-attorney corporate officer appearing pro se. Harrison v. Wahatoyas, LLC, 253 F.3d 552, 556 (10th Cir. 2001). Thus, motions filed by a non-attorney corporate officer appearing pro se are not properly before the Court and must be stricken. Defendant's #10 Motion to Dismiss was filed by Yasir Jasim, who is described as Defendant's registered agent in the #8 Return of Non-Service. Mr. Jasim has not entered an appearance in the case, and the Court has been unable to independently confirm that Mr. Jasim is an attorney. Accordingly, the #10 Motion to Dismiss is STRICKEN. Defendant is warned that any future documents filed while unrepresented by counsel will also be struck. SO ORDERED by Magistrate Judge Maritza Dominguez Braswell on 5/9/2023. Text Only Entry (mdblc1)

**Filing 11** AMENDED ORDER REFERRING CASE to Magistrate Judge Maritza Dominguez Braswell for all motions. Pursuant to 28 U.S.C. 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of Local Civ. R. 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the

# Prepared Food Photos, Inc. v. AM Inc.

Prepared Food Photos, Inc. and Adlife Marketing & Communications Co., Inc.

AM Inc. doing business as Wing It Plus at the Chapel Hills Mall

1:2023cv00931

April 14, 2023

US District Court for the District of Colorado

Maritza Dominguez Braswell

Charlotte N Sweeney

Copyright

17 U.S.C. § 101 Copyright Infringement

Plaintiff

## Docket Report

RSS Track this Docket

This docket was last retrieved on June 8, 2023. A more recent docket listing may be available from PACER.

### Document Text

**Filing 17** MINUTE ORDER: In light of the 16 Clerk's Entry of Default, the #7 deadline to file a proposed scheduling order is VACATED. By Magistrate Judge Maritza