THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-00931-CNS-MDB

PREPARED FOOD PHOTOS, INC.,
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

 Plaintiff,

v.

AM INC., d/b/a WING IT PLUS AT THE
CHAPEL HILLS MALL,

 Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE**

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby files this response to defendant AM Inc., d/b/a Wing It Plus at the Chapel Hills Mall's ("Defendant") September 22, 2023 Motion to Strike Clerk's Entry of Default (the "Motion to Strike") [D.E. 20], and states as follows:

1. In this lawsuit, Plaintiff asserts a claim for copyright infringement against Defendant with respect to its unauthorized publication/display of one professional photograph owned/created by Plaintiff.

2. Defendant was served with the Summons and Complaint on May 6, 2023.

3. Defendant's answer to the Complaint was due on May 27, 2023 [D.E. 13].

4. On May 8, 2023, Defendant filed a Motion to Dismiss [D.E. 10].

5. On May 9, 2023, Defendant's Motion to Dismiss was stricken by the Court. The Court stated in its Order that "[i]t is a long-standing rule that a corporation must be represented by

2

an attorney to appear in federal court. Tal v. Hogan, 453 F.3d 1244, 1254 (10th Cir. 2006) (footnote and citations omitted). A corporation cannot appear through a non-attorney corporate officer appearing pro se. Harrison v. Wahatoyas, LLC, 253 F.3d 552, 556 (10th Cir. 2001). Thus, motions filed by a non-attorney corporate officer appearing *pro se* are not properly before the Court and must be stricken."

6. Defendant failed to file any response to the Complaint and a Motion for Entry of Default was filed on June 5, 2023 [D.E. 15].

7. A clerk's Default was entered on June 8, 2023 [D.E. 16].

8. On June 13, 2023, the Court entered an Order requiring Plaintiff to submit a motion for default judgment on or before August 7, 2023 [D.E. 18].

9. On August 4, 2023, Plaintiff filed its Motion for Default Judgment against Defendant [D.E. 19].

10. Notwithstanding the Court's May 9, 2023 Order, Defendant, through its Registered Agent (Yasir Jasim), who is not an attorney licensed to practice in this Court or any other court, filed a *pro se* Motion "to strike and dismiss any default judgment entered in this case" [D.E. 20]. Thus, again, the *pro se* Defendant's Motion is improper and must be stricken.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) denying and/or striking the Motion to Strike and (b) for such further relief as the Court deems proper.

Dated: October 2, 2023.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza_____
      Daniel DeSouza, Esq.

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.  I further certify that on October 2, 2023, I served the foregoing document via US Mail to: AM Inc., d/b/a Wing It Plus at the Chapel Hills Mall  c/o Yasir Jasim (Registered Agent), 6427 Maroon Mesa Dr., Colorado Springs, CO 80918 and via e-mail to: citadel@wingitplus.com.

                                          By: /s/ Daniel DeSouza_____
                                               Daniel DeSouza, Esq.