## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00931

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING & COMMUNICATIONS, INC.

      Plaintiff,

v.

AM, Inc.
d/b/a WING IT PLUS AT THE CHAPEL HILLS MALL

      Defendant.

---

### RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

---

      Defendant AM, Inc, ("Defendant"), by and through their attorneys of Robinson & Henry, P.C., hereby responds to the Plaintiff's Motion for Default Judgment against him, and states as follows:

1. Defendant does not dispute the dates it was alleged to have been served by Plaintiff.

2. Defendant has filed an Answer to the Complaint contemporaneously with this Response.

3. Prior to retaining counsel, Defendant filed a Motion to Dismiss and a Motion to Strike. While the Defendant did not comply with the Federal Rules of Civil Procedure, it is clear that the Defendant intended to vigorously defend this action. *See Lariviere, Grubman & Payne, Ltd. Liab. P'ship v. Phillips*, Civil Action No. 07-cv-01723-MSK-CBS, 2008 U.S. Dist. LEXIS 67404, at *27-28 (D. Colo. Sep. 4, 2008) "Nevertheless, it is obvious that Defendant Phillips intends to vigorously defend this action …. and that the Plaintiff moves for default solely on the basis of procedural mistakes by Defendant Phillips." The Court denied the Motion for Default.

4. This Court shall be guided by the precedent that a default judgment sought against a party that has appeared, must be considered with utmost care. Default judgments are disfavored "as a penalty for delays in filing or other procedural error." *See Cessna Fin. Corp. v. Bielenberg Masonry Contracting, Inc.*, 715 F.2d 1442, 1444 (10th Cir. 1983).

5. Motions for default where an answer was filed late should be denied. In *Sony Corp. v. Elm State Electronics, Inc.*, 800 F.2d 317 (2nd Cir. 1986), the court confronted the issue presented here by Plaintiff. The court stated, "[D]istrict courts regularly exercise their discretion to deny technically valid motions for default." *Id.* at 319 (citing numerous cases in which courts denied motions for default when an answer was filed late).

6. A default judgment entered in this matter, given the Answer of the Defendant, would be serious and drastic. "[C]ourts have consistently held that an honest mistake by the Defendant does not represent a willful failure to respond." *Zen & Art of Clients Server Computing, Inc. v. Res. Support Assocs.*, 2006 U.S. Dist. LEXIS 46197, 2006 WL 1883173, at *2 (D. Colo. July 7, 2006). The Court denied Plaintiff's Motion for Default as the Court did not endorse "gotcha! "-style litigation, where parties seek judgment based on technical errors, not the merits of the case. *Lariviere, Grubman & Payne, Ltd. Liab. P'ship v. Phillips*, Civil Action No. 07-cv-01723-MSK-CBS, 2008 U.S. Dist. LEXIS 67404, at *28 (D. Colo. Sep. 4, 2008).

7. There is no meaningful prejudice to the Plaintiff by allowing the answer of the Defendant to stand, and substantial justice will be served by allowing the Answer to stand.

WHEREFORE, Defendant respectfully responds to the Plaintiff's Motion for Default Judgment and prays this Court denies it.

2

Respectfully submitted this 21st day of November 2023.

ROBINSON & HENRY, P.C.

By:    */s/ Sandra L. Silva*
Sandra L. Silva
Robinson & Henry, P.C.
11080 Circle Point Rd., #140
Westminster, CO 80021
Telephone: (303) 688-0944
Email: Sandra.silva@robinsonandhenry.com
*Attorney for Defendant*


## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, that on this 21st day of November 2023, a true and correct copy of the foregoing **RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT** was filed with Court and served on the following via the CM/ECF system:

Daniel DeSouza
Copycat Legal PLLC
3111 North University Drive, Suite 301
Coral Springs, FL 33065
Telephone: (954) 603-1340
Email: ddesouza@desouzalaw.com
*Attorney for Plaintiff*

ROBINSON & HENRY, P.C.

BY:    */s/ Samantha M. Hillstead*
Samantha M. Hillstead, Paralegal

3