IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00931

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING & COMMUNICATIONS, INC.

    Plaintiff,

v.

AM, Inc.
d/b/a WING IT PLUS AT THE CHAPEL HILLS MALL

    Defendant.

## ANSWER

Defendant AM, Inc, ("Defendant"), by and through their attorneys of Robinson & Henry, P.C., hereby submits the following Answer and in support thereof states as follows: Defendant denies each and every allegation not specifically admitted. As to the allegations in the Complaint, Defendant states the following:

### THE PARTIES

1. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 1 of the Complaint and therefore denies the same.

2. Defendant admits the allegations contained in Paragraph 2 of the Complaint.

### JURISDICTION AND VENUE

3. Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4. Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5. Defendant admits the allegations contained in Paragraph 5 of the Complaint.

## FACTS

6. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 6 of the Complaint and therefore denies the same.

7. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 7 of the Complaint and therefore denies the same.

8. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 8 of the Complaint and therefore denies the same.

9. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 9 of the Complaint and therefore denies the same.

10. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 10 of the Complaint and therefore denies the same.

11. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 11 of the Complaint and therefore denies the same.

12. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint and therefore denies the same.

13. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 13 of the Complaint and therefore denies the same.

14. Defendant admits the allegations contained in Paragraph 14 of the Complaint

15. Defendant admits that it advertises/markets its business through www.wingitplus.com. Defendant denies the remaining allegations contained in Paragraph 15 of the Complaint

16. Defendant denies the allegations contained in Paragraph 16 of the Complaint

17. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 17 of the Complaint and therefore denies the same.

18. Defendant admits the allegations contained in Paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20. Defendant denies the allegations contained in Paragraph 20 of the Complaint.

21. Defendant admits that Plaintiff notified Defendant in writing. Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 21 of the Complaint and therefore denies the same.

22. Defendant denies the allegations contained in Paragraph 22 of the Complaint.

## COUNT I - COPYRIGHT INFRINGEMENT

23. Defendant realleges and incorporates paragraphs 1 through 22 as set forth above.

24. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 24 of the Complaint and therefore denies the same.

25. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 25 of the Complaint and therefore denies the same.

26. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 26 of the Complaint and therefore denies the same.

27. Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28. Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29. Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30. Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31. Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32. Paragraph 32 of the Complaint states a legal conclusion, and therefore no response is required from Defendant. To the extent a response is required, the Defendant denies the allegations.

33. Paragraph 33 of the Complaint states a legal conclusion, and therefore no response is required from Defendant. To the extent a response is required, the Defendant denies the allegations.

34. Paragraph 34 of the Complaint states a legal conclusion, and therefore no response is required from Defendant. To the extent a response is required, the Defendant denies the allegations.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted.
2. Plaintiff's claims may be barred by the doctrines of waiver, estoppel, laches, or the applicable statute of limitations.
3. Plaintiff's claims may be barred in whole or in part by the doctrine of unjust enrichment.
4. Plaintiff's claims may be barred for failure to join a necessary or indispensable party.
5. Plaintiff's claims may be barred by Plaintiff's own conduct, or by the conduct of its agents, representatives, and consultants.
6. Plaintiff's request for attorneys' fees award may not be permissible.
7. Plaintiff's claims for relief are substantially frivolous, substantially groundless, or substantially vexatious and Defendant is entitled to recover his reasonable attorney fees and costs incurred in defending this action.
8. Defendant reserves the right to amend this answer to include any such other affirmative defenses as may be supported by the evidence developed in discovery.

WHEREFORE, Defendant respectfully requests that the claims against them be dismissed with prejudice, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 21st day of November 2023.

                                      **ROBINSON & HENRY, P.C.**

By:    */s/ Sandra L. Silva*
        Sandra L. Silva
        Robinson & Henry, P.C.
        11080 Circle Point Rd., #140
        Westminster, CO 80021
        Telephone: (303) 688-0944
        Email: Sandra.silva@robinsonandhenry.com
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, that on this 21st day of November 2023, a true and correct copy of the foregoing **ANSWER** was filed with Court and served on the following via the CM/ECF system:

Daniel DeSouza
Copycat Legal PLLC
3111 North University Drive, Suite 301
Coral Springs, FL 33065
Telephone: (954) 603-1340
Email: ddesouza@desouzalaw.com
*Attorney for Plaintiff*

                                             **ROBINSON & HENRY, P.C.**

                              BY:    */s/ Samantha M. Hillstead*
                                                Samantha M. Hillstead, Paralegal